IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER DEE,

    Petitioner,

v.                                            Civ. No. 09-422 BB/RLP

JAMES JANECKA, Warden, *et al.*,

    Respondents.

## ORDER

THIS MATTER comes before the Court on Petitioner's Objections to the Magistrate Judge's Report & Recommendation, and the Court having conducted a *de novo* review, finds that the objections are not well-taken and that the Magistrate Judge's Report & Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Magistrate Judge's Report & Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

_____
Bruce D. Black
United States District Judge